[Civil No. 4411. Filed December 1, 1941.]

[119 Pac. (2d) 233.]

LYNNE POWELL, Appellant, v. JOCOSA LANG-FORD and A. B. LANGFORD, Her Husband, Appellees.

Mr. T. G. McKesson, for Appellant.

Messrs. Sloan, Scott & Green, for Appellees.

PER CURIAM.—This case was consolidated with *Lynne Powell, Appellant, v. A. B. Langford, Appellee, ante,* p. 281, 119 Pac. (2d) 230, both for the purpose of trial in the lower court and on appeal, and it was stipulated that the decision herein should follow that in the case just cited.

The judgment of the lower court is, therefore, affirmed.